COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                   01-14-00044-CV

Style:                          Michael McKinley

                                **v** Victoria Escochea

Date motions filed*:            June 18, 2014 and July 3, 2014

Type of motions:                Motion for extension of time to file brief; Opposed amended motion for extension of time to file brief

Party filing motions:           Appellant

Document to be filed:           Appellant's brief

Is appeal accelerated?          No

If motion to extend time:

    Original due date:          March 12, 2014

    Number of prior extensions:     2          Current Due date:  June 19, 2014

    Date Requested:             July 29, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  July 29, 2014

        ☑    The Court will not grant additional motions to extend time

    ☐    Denied

    ☑    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

  **Appellant's opposed amended motion is granted.  Appellant's brief is due by July 29, 2014.  No further extensions will be granted.  Appellant's June 18, 2014 motion for extension is dismissed as moot.**

Judge's signature: /s/ Chief Justice Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____
Date:  July 15, 2014

November 7, 2008 Revision